# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SEAN DARDEAU

NO.   2019 CW 1649

VERSUS

THE ASCENSION PARISH COUNCIL

**DECEMBER 19, 2019**

---

In Re:   The Ascension Parish Council, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 127,655.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The December 16, 2019 temporary restraining order issued by the district court, temporarily restraining defendant/relator, The Ascension Parish Council, is hereby vacated for failing to comply with substantive and procedural requirements as set forth in Articles 3606, 3604, and 3610 of the Louisiana Code of Civil Procedure. See also **Dauphine v. Carencro High School**, 2002-2005 (La. 4/21/03), 843 So.2d 1096.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT